IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

VICTOR FILPO
Reg. #53087-054                                                           PLAINTIFF

v.                              No. 2:14-cv-140-DPM

UNITED STATES OF AMERICA                                       DEFENDANT

ORDER

1. On *de novo* review, the Court adopts Magistrate Judge Harris's careful recommendation, № 35, and overrules Filpo's objections. № 36. Filpo's belief that the Court is penalizing him because of a language barrier or late filings is unfounded. Indeed, when Filpo filed his belated summary-judgment response, the Court returned this case to Judge Harris to reconsider the motion with the benefit of Filpo's response. № 33 at 1. In short, the Court hasn't penalized Filpo or treated him differently than any other litigant.

2. The United States' motion to strike, № 32, is denied as moot. Its motion for summary judgment, № 23, is granted. Filpo's remaining FTCA claim will be dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 December 2016