IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**VICTOR FILPO**
**Reg. #53087-054**                                                                **PLAINTIFF**

v.                              No. 2:14-cv-140-DPM

**UNITED STATES OF AMERICA**                                         **DEFENDANT**

JUDGMENT

1. Count 1 of Filpo's complaint is dismissed with prejudice.

2. Count 2 of Filpo's complaint is dismissed without prejudice for failure to exhaust.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 December 2016